UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 MAY 13 PM 2:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| RANDOLPH E. NEAL, JR., | } |
| Plaintiff, | } |
| v. | }   CASE NO. CV 99-B-0514-NE |
| GE CAPITAL MORTGAGE SERVICES, INC., | } |
| Defendant. | } |

ENTERED
MAY 13 1999

## MEMORANDUM OPINION

This case is before the court on defendant's Motion to Remand filed April 5, 1999, and plaintiff's Motion to Strike or Deny filed April 12, 1999. Upon consideration of the Motions and the record herein, the court is of the opinion that defendant's Motion to Remand is due to be granted and plaintiff's Motion to Strike or Deny is due to be denied.

As noted in defendant's Brief in Support of its Motion to Remand, plaintiff's removal to federal court was defective on a number of grounds. First, plaintiff impermissibly filed his Notice of Removal in a pre-existing federal case. Second, the Notice of Removal was untimely in that plaintiff filed the Notice more than thirty days after he received the initial pleading setting forth the claim for relief upon which the action is based. Finally, the removal was defective in that both defendants in state court failed to join in the removal of the case to federal court.

An Order granting defendant's Motion to Remand the case removed from state court and denying plaintiff's Motion to Strike or Deny will be entered contemporaneously with this Opinion.

DONE this 13th day of May, 1999.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
United States District Judge

18